✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 3:21-CR-14-001(CAR) |
| **SUZANNE BROOKS** | |

On August 18, 2022, Suzanne Brooks was committed to the custody of the Bureau of Prisons for a term of 46 months, followed by 3 years of supervised release for Wire Fraud, in violation of 18 U.S.C. § 1343.

On January 16, 2025, the term of supervised release commenced in the Northern District of Georgia. Brooks has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the *Guide to Judiciary Policy, Volume 8, Part E* as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. As such, it is recommended she be discharged from supervision.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 29 day of July, 2026.

C. Ashley Royal
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE